IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GOLY YOUNG, | |
| Plaintiff, | 4:16CV3045 |
| V. | |
| EDWARD DANTZLER, | **MEMORANDUM AND ORDER** |
| Defendant. | |

On April 5, 2016, the court ordered Plaintiff to pay the $400.00 filing and administrative fees or file a request for leave to proceed in forma pauperis within 30 days. Plaintiff was advised that failure to comply with the court's order would result in dismissal of this action. (Filing No. 4.) To date, Plaintiff has not paid the fees, submitted a request for leave to proceed in forma pauperis, or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

Dated this 11th day of May, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge